AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MICKEY EXUM,**

      Plaintiff,

      V.                      CASE NUMBER: **07-C-227**

**INTERNAL REVENUE SERVICE,**

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DENIED. This action is hereby DISMISSED for plaintiff's failure to state a claim upon which relief may be granted. This action is hereby DISMISSED.**

| **March 29, 2007** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |

                                  s/ Linda M. Zik
                                  (By) Deputy Clerk