# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MICKEY EXUM,**

Plaintiff,

V.                                    CASE NUMBER: **07-C-227**

**INTERNAL REVENUE SERVICE,**

Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DENIED. This action is hereby DISMISSED for plaintiff's failure to state a claim upon which relief may be granted. This action is hereby DISMISSED.**

**March 29, 2007**                          **JON W. SANFILIPPO**
Date                                         Clerk


 s/ Linda M. Zik
(By) Deputy Clerk